IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Citadel Energy Holdings, LLC, *et al.*,[1] ) | |
| ) | Case No. 15-11322 (KJC) |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 15, 2015 AT 9:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 76, Filed August 5, 2015].

    Related Documents:

    A. Motion to Shorten Time with Respect to Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 77, Filed August 5, 2015].

    B. Debtors Objection Motion to Shorten Time with Respect to Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 78, Filed August 6, 2015].

    C. Order with Revisions Made by the Court Shortening Notice Period as to the Motion to Shorten Time with Respect to Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 79, Filed August 6, 2015].

    D. Notice of Hearing on Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Energy Holdings, LLC (5061); Citadel Watford City Disposal Partners, LP (1520). The Debtors' corporate headquarters is located at, and the mailing address for each Debtors is, 502 3rd Avenue, SW, Watford City, ND 58854, Attn: Mark Dunaway.

[2] **Amended items appear in bold**

[D.I. 80, Filed August 6, 2015].

E.  Notice of Hearing on Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 86, Filed August 7, 2015].

F.  Notice of Rescheduled Hearing on Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 96, Filed August 14, 2015].

G.  Notice of Rescheduled Hearing of the Motion of the United States Trustee For The Appointment Of A Trustee, Or In The Alternative For The Appointment Of An Examiner Or The Conversion Of The Cases To Chapter 7 [D.I. 124, Filed August 28, 2015].

H.  **Joint Pre-Trial Memorandum Regarding the Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 (D.E. 76) [D.I. 148, Filed September 11, 2015].**

Objection Deadline:  August 28, 2015 at 4:00 p.m. ET extended to September 4, 2015 for Committee.

Objections/Responses Received:

A.  Objection to the United States Trustee's Motion for the Appointment of the Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to a Chapter 7 [D.I. 121, Filed August 28, 2015].

B.  Objection of the Official Committee of Unsecured Creditors of Citadel Energy Holdings, LLC, et al. to the Motion of the United States Trustee for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 133, Filed September 4, 2015].

C.  Joinder of Certain Investors and Limited Partners of the Debtors to the Motion of the United States Trustee for Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 135, Filed September 4, 2015].

D.  Reply of the U.S. Trustee on his Motion for the Appointment of a Trustee, or in the Alternative for the Appointment of an Examiner or the Conversion of the Cases to Chapter 7 [D.I. 145, Filed September 11, 2015].

Status:  This matter is going forward.

2.     Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 112, Filed August 25, 2015].

Related Documents:

    A.     Motion to Shorten Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 113, Filed August 25, 2015].

    B.     Order Granting Motion to Shorten Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 114, Filed August 26, 2015].

    C.     Notice of Hearing Regarding Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese, LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 118, Filed August 26, 2015].

    D.     Certification of Counsel Regarding Order Scheduling Hearing on Application to Retain a Chief Restructuring Officer [D.I. 116, Filed August 26, 2015].

    E.     Amended Order Regarding Scheduling Hearing on Application to Retain a Chief Restructuring Officer [D.I. 117, Filed August 26, 2015].

Objection Deadline: August 28, 2015 at 4:00 p.m. ET

Objections/Responses Received:

    A.     Objection of Certain Investors and Limited Partners to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLP as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 140, Filed September 8, 2015].

    B.     United States Trustee's Objection to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 141, Filed September 8, 2015].

    C.     Amended Objection of the U.S. Trustee to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 142, Filed September 9, 2015].

D.   Reply of the Debtors to Objection of Certain Investors and Limited Partners for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 144, Filed September 10, 2015].

E.   Reply of the Debtors to Amended Objection of the U.S. Trustee to the Application of the Debtors for an Order Authorizing and Approving the Employment of Gavin/Solmonese LLC as the Chief Restructuring Officer for the Debtors Nunc Pro Tunc to August 12, 2015 [D.I. 146, Filed September 11, 2015].

<u>Status</u>: This matter is going forward.

Dated: September 11, 2015
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

<u>/s/ Michael Busenkell</u>
Michael Busenkell (No. 3933)
Ronald S. Gellert (No. 4259)
Emily K. Devan (No. 6104)
913 N. Market St., 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Counsel for the Debtors and Debtors-in-Possession*