# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Citadel Energy Holdings, LLC, *et al,*<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-11322 (KJC)<br>(Jointly Administered)<br><br>**Hearing Date: September 15, 2015** |

**CERTIFICATE OF COUNSEL CONCERNING THE JOINT PRE-TRIAL
MEMORANDUM REGARDING THE MOTION OF THE
UNITED STATES TRUSTEE FOR THE APPOINTMENT OF A TRUSTEE,
OR IN THE ALTERNATIVE FOR THE APPOINTMENT OF AN EXAMINER
OR THE CONVERSION OF THE CASES TO CHAPTER 7 (Dkt. No. 148)**

I, Juliet Sarkessian, counsel to Andrew R. Vara, Acting United States Trustee for Region Three (the "U.S. Trustee") in the above-captioned bankruptcy cases, hereby certifies as follows:

1.　　On September 11, 2015, the U.S. Trustee filed the Joint Pre-Trial Memorandum Regarding The Motion Of The United States Trustee For The Appointment Of A Trustee, Or In The Alternative For The Appointment Of An Examiner Or The Conversion Of The Cases To Chapter 7 (the "Joint Pre-Trial Memo")[Dkt. No 148].

2.　　Subsequent to the filing of the Joint Pre-Trial Memo, counsel for the U.S. Trustee realized that the Joint Pre-Trial Memo neglected to include signature blocks for either the U.S. Trustee's counsel or the Debtors' counsel.

3.　　Attached hereto is a copy of the Joint Pre-Trial Memo with the signatures of the U.S. Trustee's counsel and the Debtors' counsel. Nothing in the Joint Pre-Trial Memo has been changed from what was filed as Dkt. No. 148, except for the addition of the signature blocks. Counsel to the Debtors, Michael Busenkell, has given permission to counsel to the U.S. Trustee to place his electronic signature on the attached Joint Pre-Trial Memo.

Dated: September 14, 2015
      Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**ACTING UNITED STATES TRUSTEE**
**Region 3**

By: <u>*/s/ Juliet Sarkessian*</u>
     Linda Casey, Esquire
     Juliet Sarkessian, Esquire
     Trial Attorneys
     United States Department of Justice
     Office of the United States Trustee
     J. Caleb Boggs Federal Building
     844 King Street, Suite 2207, Lockbox 35
     Wilmington, DE 19801
     (302) 573-6491
     (302) 573-6497 (Fax)
     Linda.Casey@usdoj.gov
     Juliet.M.Sarkessian@usdoj.gov