# SIGN-IN-SHEET

**CASE NAME:** Citadel Energy Holdings LLC  **COURTROOM LOCATION:** 5
**CASE NO.** 15-11322-KJC  **DATE:** 9/15/2015

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Emily Devan | Gellert Scali Busenkell & Brown | Debtors |
| Michael Busenkell | " | " |
| Thomas Francella | Whiteford Taylor + Preston LLC | the Partners |
| Linda Casey | UST | UST |
| Juliet Sarkessian | UST | UST |
| Joseph C. Barsalona II | Richards Layton & Finger | K&R entities |
| Ericka F. Johnson | Womble Carlyle Sandridge & Rice | Committee |
| Thomas M. Horan | " | " |
| Richard M. Beck | Klehr Harrison Harvey Branzburg | Limited Partners |