IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Citadel Energy Holdings, LLC, *et al.*,[1] ) | |
| ) | Case No. 15-11322 (KJC) |
| Debtors. ) | (Jointly Administered) |
| ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 23, 2015 AT 1:00 P.M. (ET)**

**CONTESTED MATTER GOING FORWARD:**

1. Application of the Official Committee of Unsecured Creditors for an order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 72, Filed July 30, 2015].

    Related Documents:

    A. Declaration of Thomas M. Horan in Support of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 73, Filed July 30, 2015].

    B. Supplemental Declaration of Thomas M. Horan in Support of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 137, Filed September 4, 2015].

    C. Re-Notice of Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 138, Filed September 4, 2015].

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266); Citadel Energy Holdings, LLC (5061); Citadel Watford City Disposal Partners, LP (1520). The Debtors' corporate headquarters is located at, and the mailing address for each Debtors is, 502 3rd Avenue, SW, Watford City, ND 58854, Attn: Mark Dunaway.

Objection Deadline: September 16, 2015 at 4:00 p.m. ET extended to September 17, 2015 at 4:00 p.m. for U.S. Trustee.

Objections/Responses Received: None.

A.   Objection of the United States Trustee to the Application of the Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Womble Carlyle Sandridge & Rice, LLP as Counsel Nunc Pro Tunc to July 22, 2015 [D.I. 103, Filed August 20, 2015].

Status: This matter is going forward.

## ADVERSARY PROCEEDINGS:

2.   Pre-trial conference - H20 Partners, LP v. Citadel Energy Services, LLC et al., (15-51031 KJC)

Related Documents: N/A

Objection Deadline: N/A

Objections/Responses Received: N/A

Status: This matter is continued to October 16, 2015 at 10:00 a.m.

Dated: September 21, 2015  
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Michael Busenkell  
Michael Busenkell (No. 3933)  
Ronald S. Gellert (No. 4259)  
Emily K. Devan (No. 6104)  
913 N. Market St., 10th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 425-5800  
Facsimile: (302) 425-5814  
Email: mbusenkell@gsbblaw.com

*Counsel for the Debtors and Debtors-in-Possession*