N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Energy Holdings, LLC, *et al.*[1]<br><br>Debtors. | Case No: 15-11322-KJC<br>Chapter 11<br><br>Jointly Administered<br><br>**Re: D.I. 45** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DISMISSING THE
CHAPTER 11 CASE OF CITADEL ENERGY HOLDINGS, LLC
AND AMENDING THE JOINT ADMINISTRATION ORDER**

I, Michael Busenkell, of Gellert Scali Busenkell & Brown, LLC, counsel for the above-captioned debtors and debtor-in-possession (together, the "Debtors"), hereby certifies as follows:

1. On July 14, 2015, the Debtors filed the Motion of the Debtors' for Entry of an Order (I) Dismissing the Chapter 11 Case of Citadel Energy Holdings, LLC; and (II) Amending the Order Directing the Joint Administration of these Cases (the "Motion") [D.I. 45].

2. The Motion was originally set for hearing on July 28, 2015 at the 11:00 a.m., but was continued at the request of the United States Trustee.

3. At a hearing scheduled for September 15, 2015, the Court ruled to dismiss the case.

4. The Debtors hereby submit a revised proposed order, attached hereto as <u>Exhibit A</u> (the "Proposed Order"), to reflect comments from the United States Trustee. A blackline

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Watford City Disposal Partners, LP (1520); Citadel Energy SWD Holdings, LLC (5266); Citadel Energy Holdings, LLC (5061). The Debtors' mailing address is P.O. Box 2127, Watford City, North Dakota 58854.

reflecting the proposed changes is attached hereto as <u>Exhibit B</u>.  The United States Trustee has no objection to the proposed form of order.

5. Debtors respectfully request that the Court enter the Proposed Order, attached hereto as <u>Exhibit A</u>, at the earliest convenience of the Court.

Dated:  September 21, 2015      GELLERT SCALI BUSENKELL & BROWN, LLC
Wilmington, Delaware

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
Ronald S. Gellert (No. 4259)
Emily K. Devan (No. 6104)
913 N. Market St., 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
Email: mbusenkell@gsbblaw.com

*Counsel for the Debtors and*
*Debtors-in-Possession*